AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI XIE, TING JIA XIE, and XIE XIN YONG,

    Plaintiffs,

v.

HAYASHI YA II, INC. d/b/a HAYASHI YA, HAYASHI YA OF 9 AVENUE, LLC d/b/a HAYASHI YA, FENG LIN, and YANG QING,

    Defendants.

**APPEARANCE**

Case Number: 08 Civ. 6071 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI XIE, TING JIA XIE, and XIE XIN YONG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/12/2008 | /s/ Pat Rideout |
| Date | Signature |
| | Patrick G. Rideout     PR 5200 |
| | Print Name     Bar Number |
| | 4 Times Sq. |
| | Address |
| | New York    NY    10036 |
| | City    State    Zip Code |
| | (212) 735-2702     (212) 777-2702 |
| | Phone Number     Fax Number |