UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI XIE, TING JIA XIE, and XIE XIN YONG,

          Plaintiffs,

    v.

HAYASHI YA II, INC. d/b/a HAYASHI YA, HAYASHI YA OF 9 AVENUE, LLC d/b/a HAYASHI YA, FENG LIN, and YANG QING,

          Defendants.

-------------------------------------------------------------------- X

08 Civ. 6071 (SAS)

**REQUEST TO ENTER DEFAULT**

TO:    J. MICHAEL MCMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

    Please enter default of Defendant Hayashi Ya II, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the attached declaration of Patrick Rideout.

Dated: New York, New York
       August 19, 2008

By: Patrick Rideout
(patrick.rideout@skadden.com)
Four Times Square
New York, New York 10036
Tel: (212) 735-2702
Fax: (917) 777-2702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI XIE, TING JIA XIE, and XIE XIN YONG,

               Plaintiffs,

     v.

HAYASHI YA II, INC. d/b/a HAYASHI YA, HAYASHI YA OF 9 AVENUE, LLC d/b/a HAYASHI YA, FENG LIN, and YANG QING,

               Defendants.

------------------------------------------------------------------------X

08 Civ. 6071 (SAS)

**CLERK'S CERTIFICATE**

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 2, 2008 with the filing of a summons and complaint and that a copy of the summons and complaint was properly served on Defendant Hayashi Ya II, Inc., on July 9, 2008, by personal service on Nikki Ni, Managing Agent of Defendant Hayashi Ya II, Inc. Proof of such service thereof was filed on July 15, 2008.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise appeared with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
         _____

                                   **J. MICHAEL MCMAHON**
                                    Clerk of the Court
                        By: _____
                                      Deputy Clerk