UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI
XIE, TING JIA XIE, and XIE XIN YONG,

                    Plaintiffs,

       v.

HAYASHI YA II, INC. d/b/a HAYASHI YA, HAYASHI
YA OF 9 AVENUE, LLC d/b/a HAYASHI YA, FENG
LIN, and YANG QING,

                    Defendants.
------------------------------------------------------------------ X

08 Civ. 6071 (SAS)

**REQUEST TO ENTER DEFAULT**

TO:    J. MICHAEL MCMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

       Please enter default of Defendant Yang Qing, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the attached declaration of Patrick Rideout.

Dated: New York, New York
       August 19, 2008

                                                    By: Patrick Rideout
                                                  (patrick.rideout@skadden.com)
                                                  Four Times Square
                                                  New York, New York 10036
                                                  Tel: (212) 735-2702
                                                  Fax: (917) 777-2702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI :
XIE, TING JIA XIE, and XIE XIN YONG, :
:
                Plaintiffs, :    08 Civ. 6071 (SAS)
:
                v. :
:    **CLERK'S CERTIFICATE**
HAYASHI YA II, INC. d/b/a HAYASHI YA, HAYASHI :
YA OF 9 AVENUE, LLC d/b/a HAYASHI YA, FENG :
LIN, and YANG QING, :
:
                Defendants. :
:
------------------------------------------------------------------------X

      I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 2, 2008 with the filing of a summons and complaint and that a copy of the summons and complaint was properly served on Defendant Yang Qing on July 9, 2008 by personal service. Proof of such service thereof was filed on July 15, 2008.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise appeared with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
          _____

                                            **J. MICHAEL MCMAHON**
                                            Clerk of the Court
                      By: _____
                                            Deputy Clerk