UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TING YAO LIN, FANG LIN, SHENG LAN LI, MU LEI XIE, TING JIA XIE, and XIE XIN YONG,

                 Plaintiffs,

v.

HAYASHI YA II, INC. d/b/a HAYASHI YA, HAYASHI YA OF 9 AVENUE, LLC d/b/a HAYASHI YA, FENG LIN, and YANG QING,

                 Defendants.

------------------------------------------------------------------X

08 Civ. 6071 (SAS)

**AFFIDAVIT OF PATRICK RIDEOUT IN SUPPORT OF PLAINTIFFS' REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANT YANG QING**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

Patrick Rideout, being duly sworn, deposes and says:

1. I am a member of the bar of this Court in good standing and counsel to Plaintiffs. I submit this declaration in support of Plaintiffs' request for a certificate of default against Defendant Yang Qing.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

3. On July 15, 2008, Plaintiffs filed the Affidavit of Di Cong Jiang (attached hereto as Ex. A) stating that Yang Qing was served in this action on July 9, 2008, when Di Cong Jiang delivered copies of the Summons and Complaint, the Individual Rules and Procedures of Judge Shira A. Scheindlin, ECF procedures, and Individual Practices of Magistrate Judge Andrew J. Peck to Defendant Yang Qing.

4. The time within which Yang Qing was to answer or otherwise respond to the Complaint has expired, and Defendant Yang Qing has failed to plead or otherwise defend the above-captioned action.

5. To my knowledge Defendant Yang Qing is not an infant, in the military, or an incompetent person.

WHEREFORE, I respectfully ask that the clerk execute the proposed Clerk's Certificate.

Dated: New York, New York
August 19, 2008

By: Patrick Rideout
(patrick.rideout@skadden.com)

Sworn to and subscribed to
before me this 19th day of
August, 2008

IRIS N. OTERO
Notary Public, State of New York
No. 31-4829652
Certificate filed in New York County
Commission Expires 9/30/2010