UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
TING YAO LIN, et al.,               :           ORDER
                                    :
                    Plaintiffs,     :   08 Civ. 6071 (SAS) (AJP)
                                    :
        -against-                   :
                                    :
HAYASHI YA II, INC., et al.,        :
                                    :
                    Defendants.     :
------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

I have reviewed the attached Report and Recommendation ("R&R") of United States Magistrate Judge Andrew J. Peck, dated January 30, 2009, which recommends that judgment be entered for plaintiffs against defendants, jointly and severally, for damages, including prejudgment interest, in the amount of $364,259.00, attorney's fees of $16,400.00, and costs of $1,065.00.

Although defendants were given the opportunity to file objections to the R&R, they chose not to do so. Based on my independent review, I find the amounts awarded to be reasonable and therefore adopt the R&R in full. The Clerk of the Court is directed to prepare a Judgment in accordance with the R&R. The Clerk of the Court is further directed to close this case.

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         February 26, 2009

## - **Appearances** -

**For Plaintiffs:**

David A. Colodny, Esq.
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038
(646) 602-5600

Robert L. Dunn, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000